G. Grant Greenwood

**JAMES|BATES**
JAMES ■ BATES ■ BRANNAN ■ GROOVER LLP

GGreenwood@jamesbatesllp.com
Direct Dial: (478) 749-9935

PLEASE RESPOND TO MACON OFFICE

May 20, 2019

*Via Electronic Filing*

Honorable Tilman E. Self, III
Judge, U.S. District Court
Middle District of Georgia
475 Mulberry Street
Macon, GA 31201

      RE:    Qaisar Khan vs. The Kroger Co. and MSD Riverside Properties, LLC
              Civil Action No. 5:19-CV-00040-TES

Dear Judge Self:

      Plaintiff and Defendant MSD Riverside Properties, LLC have entered into a settlement, and a Dismissal will be filed shortly. The litigation remains pending between Plaintiff and Defendant The Kroger Co.

                                      Sincerely,

                                      JAMES-BATES-BRANNAN-GROOVER-LLP

                                      G. GRANT GREENWOOD

GGG/mlg

cc:    Louis Mussman, Esq.    *Via Email*
        John A. Moore, Esq.      *Via Email*
        Douglas A. Wilde, Esq.   *Via Email*
        Duke R. Groover, Esq.    *Via Email*

File No. 17277.0008

MACON
231 RIVERSIDE DRIVE ■ MACON, GEORGIA 31201
TEL 478.742.4280 ■ FAX 478.742.8720

ATLANTA
3399 PEACHTREE ROAD, NE SUITE 1700 ■ ATLANTA, GEORGIA 30326
TEL 404.997.6020 ■ FAX 404.997.6021

ATTORNEYS AT LAW - A LIMITED LIABILITY PARTNERSHIP - GEORGIASLAWFIRM.COM