UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QAISAR KHAN,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE KROGER CO., an Ohio Corporation<br><br>and<br><br>MSD RIVERSIDE PROPERTIES, LLC,<br>a Georgia Limited Liability Company,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 5:19-cv-00040-TES |

**NOTICE OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT MSD RIVERSIDE PROPERTIES, LLC**

Plaintiff Qaisar Khan and Defendant MSD Riverside Properties, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provide this Notice of Dismissal of Defendant MSD Riverside Properties, LLC from this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs. The action against the remaining defendant continues.

Dated: June 12, 2019

1

<div style="display: flex;">

<div>

Respectfully Submitted,

*/s/ John A. Moore*
KU & MUSSMAN, P.A.
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512

John A. Moore, Esq.
Georgia Bar No.: 519792
Of Counsel
The Moore Law Group, LLC
1745 Martin Luther King Jr. Drive
Atlanta, GA 30314
Tel.: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com

*Attorneys for Plaintiff*

</div>

<div>

Respectfully Submitted,

/s/ *G. Grant Greenwood*
G. Grant Greenwood, Esq
Georgia Bar No. 309166
Duke R. Groover, Esq.
Georgia Bar No. 313225
JAMES-BATES-BRANNAN-GROOVERLLP
231 Riverside Drive
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720
GGreenwood@JamesBatesLLP.com

*Attorneys for Defendant*
*MSD Riverside Properties, LLC*

</div>

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Duke R. Groover, Esq.
G. Grant Greenwood, Esq.
JAMES-BATES-BRANNAN-GROOVERLLP
231 Riverside Drive
Macon, Georgia 31201

Douglas A. Wilde, Esq.
Law Office of Douglas A. Wilde, LLC
1155 Senoia Road, Suite 202
P.O. Box 730
Tyrone, Georgia 30290

*/s/ John A. Moore*
*John A. Moore, Esq.*