UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QAISAR KHAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE KROGER CO., an Ohio Corporation<br><br>    Defendant. | CASE NO.: 5:19-cv-00040-TES |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: October 16, 2019

Respectfully submitted,

 /s/ John A. Moore
KU & MUSSMAN, P.A.
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512

John A. Moore, Esq.
Georgia Bar  No.: 519792
Of Counsel
The Moore Law Group, LLC
1745 Martin Luther King Jr. Drive
Atlanta, GA 30314
Tel.: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com

Respectfully submitted,

/s/ Douglas A. Wilde
Douglas A. Wilde, Esq.
Georgia Bar No. 758639
Law Office of Douglas A. Wilde, LLC
1155 Senoia Road, Suite 202
P.O. Box 730
Tyrone, Georgia 30290
Tel: (678) 364-0055
Fax: (678) 364-0053
daw@wildelaw.net

*Attorneys for Defendant The Kroger Co.*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Douglas A. Wilde, Esq.
Law Office of Douglas A. Wilde, LLC
1155 Senoia Road, Suite 202
P.O. Box 730
Tyrone, Georgia 30290

                        By: /s/ John A. Moore
                              John A. Moore, Esq.
                              Georgia Bar No.: 519792